**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GARY LEWIS MARSHALL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action 10-00496-KD-N** |
| | ) | |
| **KENNETH JONES, and the** | ) | |
| **ATTORNEY GENERAL of** | ) | |
| **ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 28, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of March, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE