IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY LEWIS MARSHALL, | ) |
| Petitioner, | ) |
| vs. | ) Civil Action 10-00496-KD-N |
| KENNETH JONES, and the ATTORNEY GENERAL of ALABAMA, | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED with prejudice**. Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis .

**DONE** this 11th day of March, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE